**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document relates to:<br><br>**MARTIN FINK**<br><br>     Plaintiff<br>v.<br><br>**ABBVIE INC.,**<br>**ABBOTT LABORATORIES,**<br>**ABBVIE PRODUCTS LLC,**<br>**UNIMED PHARMACEUTICALS, LLC,**<br>**BESINS HEALTHCARE INC.,** and<br>**BESINS HEALTHCARE, S.A.**<br><br>     Defendants | Case No.:    1:17-cv-7692 |

**MASTER SHORT-FORM COMPLAINT
FOR INDIVIDUAL CLAIMS**

1.  Plaintiff Martin Fink states and incorporates by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff is filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2.  In addition to the below-indicated portions of the Master Long Form Complaint adopted by the Plaintiff and incorporated by reference herein, Plaintiff hereby alleges as follows:

**VENUE**

3.  Venue for remand and trial is proper in the following federal judicial district: **The Middle District of Florida**.

**IDENTIFICATION OF PLAINTIFF AND RELATED INTERESTED PARTIES**

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): **Martin Fink**
**254 Jellison Rd.**
**St. Augustine, Florida 32080**

5. Consortium Claims: The following individuals allege damages for loss of consortium: **(None)**

6. Survival and/or Wrongful Death claims:

   a. Name and residence of Decedent when he suffered TRT-related injuries and/or death: **(Not Applicable)**

   b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

   **(Not Applicable)**

**CASE SPECIFIC FACTS**
**REGARDING TRT USE AND INJURIES**

7. Plaintiff currently resides in (city, state):

   **St. Augustine, Florida**

8. At the time of the TRT-caused injury, Plaintiff resided in (city, state):

   **Orlando, Florida**

9. Plaintiff began using TRT as prescribed and indicated on or about the following date: **January 2009**

10. Plaintiff discontinued TRT use on or about the following date:

    **Approximately Jan - Feb 2012**

11. Plaintiff used the following TRT products:

- ☑ AndroGel
- ☐ Testim
- ☐ Axiron
- ☐ Depo-Testosterone
- ☐ Androderm
- ☐ Testopel
- ☐ Fortesta

- ☐ Striant
- ☐ Delatestryl
- ☐ Other(s) (please specify): _____

12. Plaintiff is suing the following Defendants:

- ☑ AbbVie Inc.
- ☑ Abbott Laboratories
- ☑ AbbVie Products LLC
- ☑ Unimed Pharmaceuticals, LLC
- ☑ Besins Healthcare Inc.
- ☑ Besins Healthcare, S.A.

- ☐ Eli Lilly and Company
- ☐ Lilly USA, LLC.
- ☐ Acrux Commercial Pty Ltd.
- ☐ Acrux DDS Pty Ltd.

- ☐ Pfizer, Inc.
- ☐ Pharmacia & Upjohn Company Inc.

- ☐ Endo Pharmaceuticals, Inc.
- ☐ Auxilium Pharmaceuticals, Inc.
- ☐ GlaxoSmith Kline, LLC

- ☐ Actavis, Inc.
- ☐ Actavis Pharma, Inc.
- ☐ Actavis Laboratories UT, Inc.
- ☐ Anda, Inc.

Other(s) (please specify):

**None**

13. Plaintiff is bringing suit against the following Defendant(s) who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

**None**

a. TRT product(s) distributed: **(not applicable)**

b. Conduct supporting claims: **(not applicable)**

14. TRT caused serious injuries and damages including but not limited to the following:

**Anterior-wall myocardial infarction**

15. Approximate date of TRT injury:

**On or about February 13, 2012**

### ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff hereby adopts and incorporates by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

- ☑ Count I – Strict Liability – Design Defect
- ☑ Count II – Strict Liability – Failure to Warn
- ☑ Count III – Negligence
- ☑ Count IV – Negligent Misrepresentation
- ☑ Count V – Breach of Implied Warranty of Merchantability
- ☑ Count VI – Breach of Express Warranty
- ☑ Count VII – Fraud
- ☑ Count VIII – Redhibition
- ☑ Count IX – Consumer Protection
- ☑ Count X – Unjust Enrichment

| | |
|---|---|
| ☐ | Count XI – Wrongful Death |
| ☐ | Count XII – Survival Action |
| ☐ | Count XIII – Loss of Consortium |
| ☑ | Count XIV – Punitive Damages |
| ☑ | Prayer for Relief |
| ☐ | Other State Law Causes of Action as Follows: |

**JURY DEMAND**

Plaintiff demands a trial by jury as to all claims in this action.

Dated this Twenty-Fourth day of October, 2017.

RESPECTFULLY SUBMITTED
ON BEHALF OF PLAINTIFF,

*/s/ James G. O'Brien*
Signature

OF COUNSEL: (name) James G. O'Brien (0088460)
(firm) ZOLL & KRANZ, LLC
(address) 6620 W. Central Avenue, Suite 100
Toledo, Ohio 43617
(phone) (419) 841-9623
(email) jim@toledolaw.com